FILED

2005 JUN -6 P 2:45

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01:05-CR-00194 OWW |
| Plaintiff, | ORDER UNSEALING INDICTMENT |
| v. | |
| NAMED DEFENDANTS, **SYLVIA BAZALDUA SINGH** Defendant. | |

    The United States having applied to this Court, for a indictment in the above-captioned proceedings to be unsealed for use against defendants who have been arrested,

    IT IS SO ORDERED, that the indictment previously filed with this Court under <u>seal</u> shall be unsealed.

DATED: June 6, 2005

Honorable Lawrence J. O'Neill
U.S. Magistrate Judge

1