1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar Nº. 135059)
2 1318 "K" Street
Bakersfield, CA 93301
3 Tel.: (661) 326-0857

4 Attorney for: SYLVIA BAZALDUA SINGH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nº.:1:05-CR-00194 |
| PLAINTIFF, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| SYLVIA BAZALDUA SINGH, | |
| DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA, HONORABLE OLIVER W. WANGER , AND ASSISTANT U.S. ATTORNEY KATHLEEN SERVATIUS:

Defendant, SYLVIA BAZALDUA SINGH by and through her attorney of record, DAVID A. TORRES, and KATHLEEN SERVATIUS of the United States Attorney's Office, hereby stipulate the status conference currently set for Monday August 1, 2005 at 1:30 p.m. be continued to Monday August 15, 2005 at 1:30 p.m.

The parties also agree the delay resulting from the continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The basis for the continuance is that counsel and Defendant have been unable to review the discovery and plea agreement. I respectfully request that the status conference be continued to Monday August, 1, 2005.

Stipulation to continue status conference

Dated: 07/28/2005

By  /s/ David A. Torres
DAVID A. TORRES,
Attorney for Defendant,
SYLVIA BAZALDUA SINGH

McGREGOR W. SCOTT
United States Attorney

Dated: 07/28/2005      By /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S. C. § 18 3161 (h)(8)(A).

Dated:  August 2, 2005          /s/ OLIVER W. WANGER

Oliver W. Wanger
United States District Judge

Stipulation to continue status conference

2

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF KERN         )

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action. My business address is 1318 "K" Street, Bakersfield, CA 93301.

On 07/28/2005 I served the following documents described as:

**STIPULATION TO CONTINUE STATUS CONFERENCE**

on the interested parties in this action by:

[X]   **[VIA FACSIMILE/ECF]** Pursuant to *Code of Civ. Proc. §§*1013(f), 2015.5, I sent a true copy thereof via the Electronic Case Filing live system to the following persons:

KATHLEEN SERVATIUS
Assistant U.S. Attorney
1130 "O" Street, Rm. 3654
Fresno, CA 93721
Fax: 559-498-7432

Executed on 07/28/2005 at Bakersfield, California.

I declare under penalty of perjury that the foregoing is true and correct.

                                                    Barbara Y. Perez