**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar Nº. 135059)
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: SYLVIA BAZALDUA SINGH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case Nº.:1:05-CR-00194 |
| PLAINTIFF, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| SYLVIA BAZALDUA SINGH, | |
| DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA, HONORABLE OLIVER W. WANGER , AND ASSISTANT U.S. ATTORNEY KATHLEEN SERVATIUS AND ROBYN MAROOTIAN, SENIOR UNITED STATES PROBATION OFFICER:

Defendant, SYLVIA BAZALDUA SINGH by and through her attorney of record, DAVID A. TORRES, and KATHLEEN SERVATIUS of the United States Attorney's Office, hereby stipulate the sentencing hearing currently set for Monday January 9, 2006 at 10:00 a.m. be continued to February 13, 2006 at 10:00 a.m.

The parties also agree the delay resulting from the continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The basis for the continuance is that I will be engaged in a felony trial on January 9, 2006. In addition, I will be on military active duty overseas

from January 17th - February 3rd, 2006 and February 5th - February 8th, 2006. I respectfully request that the sentencing hearing be continued to Monday February 13, 2006 at 10:00 a.m.

Dated: 01/04/2006

By  /s/ David A. Torres
DAVID A. TORRES,
Attorney for Defendant,
SYLVIA BAZALDUA SINGH

McGREGOR W. SCOTT
United States Attorney

Dated: 01/05/2005      /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S. C. § 18 3161 (h)(8)(A).

Dated:   January 9, 2006

/s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Judge

Stipulation to continue sentencing hearing

2

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF KERN       )

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action. My business address is 1318 "K" Street, Bakersfield, CA 93301.

On 01/04/2006 I served the following documents described as:

**STIPULATION TO CONTINUE SENTENCING HEARING**

on the interested parties in this action by:

[X]   **[VIA CM/ECF]** I sent a true copy thereof via the Electronic Case Filing live system to the following persons:

KATHLEEN SERVATIUS
Assistant U.S. Attorney
1130 "O" Street, Rm. 3654
Fresno, CA 93721
Fax: 559-498-7432

Executed on 01/06/2006 at Bakersfield, California.

I declare under penalty of perjury that the foregoing is true and correct.

Barbara Y. Perez

Stipulation to continue sentencing hearing

3